Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District Of California

**3420 Twelfth Street, Riverside, CA 92501–3819**

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Phyllis Wynette Joseph
**SSN:** xxx–xx–4294
**EIN:** N/A
fdba Steel Magnolia Farm, fka Phyllis Wynette Cherek

38620 Carrillo Rd
Murrieta, CA 92562

**BANKRUPTCY NO.** 6:10–bk–18955–PC
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: May 24, 2010

For the Court,
**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1                                                                                                  **15 /**